# Notice of Claim
# & Summary Judgement

Ta'Kuan Bingham #1861901
 Plaintiff

V.

Commonwealth of Virginia ETAL
Gloucester Circuit Court
Judge Jefferey. W. Shaw ETAL
Monique. W. Donner
Julie lillrose Churchill
 Defendants

Case# 7:25cv10-U
Assigned by clerk

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED
JAN 07 2025
LAURA A. AUSTIN, CLERK
BY: A.Beeson
DEPUTY CLERK

All actions where not under color of state law, all parties are liable for claims shall be made under Diversity of citizenship and defendants shall be sued in Both individual and official capacities U.S. District Court shall have Jurisdiction over matters That exceed The Amounts of $75,000 for all defendants are liable

Therefore This is written without prejudice

Page 1 of 4

November 8th 2021 I was sentenced do to a coerced guilty plea I was Advised To Take. By Julie Lillrose Churchill my public Defender in whom violated my 6th Amendment Right To effective assistance of counsel Her words and coercion caused a breach in contract committing legal malpractice
△ Smith v. Mcglaughlin, 289 Va. 241 (1730)

Plaintiff claims legal malpractice and ineffective Assistance of counsel

Therefore ~~we revised~~
This is written without prejudice

Page 2 of 4

Defendant Monique W. Donner violated Standard (3-8.1) Responsibilities of a prosecutors which states The prosecutor has a duty to defend convictions obtained after fair process in which was violated I was Denied wittnesses in which is part of my due process
- The prosecutor should not defend a conviction if The prosecutor believes doing so would result in a miss carriage of Justice associated with The conviction occured
  ▲ Desetti v. Chester, 290 va. 50 (1730)

Her actions resulted circumstancially in a miscarriage of Justice
  ▲ Shipman V. Kruck, 267 Va. 495 (1730)

Claim, legal malpractice, Deliberate-indifference

Page 3 of 4

Defendant Judge Jefferey W. Shaw committed the acts of ministerial neglect & legal malpractice seeing what legal impurities took place before Him and not acting on such in an impartial manner

① Bingham vs commonwealth 1346-(2022)

Claims Gross negligence & legal malpractice -

Ta'kuan Bingham #1561901
VaDoc Centralized mail Distribution Center
3521 woods way
State farm Va 23160

_Devin Dotson_                     Sworn to me this 19th
Notary Public                        day of December 2024

My commission Expires on this 31st day of Oct 20 26

[Notary Seal: DEVIN DOTSON, NOTARY PUBLIC, REG. #7973941, MY COMMISSION EXPIRES 10/31/2026, COMMONWEALTH OF VIRGINIA]

Page 4 of 4

Takuan Bingham #1861901
Red onion state prison
P.O. Box 1900
Pound VA 24279

VA DEPTARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED
ITEM THEREFORE THE DEPARTMENT DOES
NOT ASSUME ANY RESPONSIBILITY
FOR IT'S CONTENTS



US POSTAGE PITNEY BOWES
ZIP 24279 $ 000.69⁰
02 4W
0000366944 JAN 03 2025

RECEIVED
DATE
JAN 03 2025
MAILROOM

Virginia Western District Court
210 Franklin Rd SW Suite 540
Roanoke VA 24011-2208

RECEIVED
JAN 07 2025
USDC Clerk's Office
Mail Room

24011-220840